IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERICA ELLIS,

    Plaintiff,

v.                                                      Civ. No. 17-861 GBW/GJF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, DISMISSING Plaintiff's Complaint WITH PREJUDICE.

**IT IS SO ORDERED.**

                                                      GREGORY B. WORMUTH
                                                     United States Magistrate Judge
                                                     **Presiding by consent**